UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

U.S.A. vs. Marciano Levya Morin, Jr.            Docket No. 7:93-CR-26-7F

### Petition for Action on Supervised Release

COMES NOW Chip Williams, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Marciano Levya Morin, Jr., who, upon a finding of guilt by jury to Conspiracy To Possess With Intent To Distribute Marijuana and Cocaine in violation of 21 U.S.C. §§846 and 841(a)(1), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge on April 11, 1994, to the custody of the Bureau of Prisons for a term of 292 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Marciano Levya Morin was released from custody on November 7, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Effective December 16, 2014, the defendant's supervision was transferred to the Western District of Texas. The supervising probation officer has requested the court set a fine payment schedule of at least $100 per month. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant will pay the balance of the fine at the rate of no less than $100 a month, due by the fifteenth business day of the month beginning in April 2015.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.
/s/ Chip Williams
Chip Williams
U.S. Probation Officer
2 Princess Street Suite 308
Wilmington, NC 28401-3958
Phone: 910-679-2045
Executed On: March 31, 2015

### ORDER OF THE COURT

Considered and ordered this 31 day of March, 2015 and ordered filed and made a part of the records in the above case.

James C. Fox
James C. Fox
Senior U.S. District Judge